JOAN STRINGER, ET AL.                                               PLAINTIFFS

VS.                                        CIVIL ACTION NO. 4:10cv43-DPJ-FKB

WYETH, INC., ET AL.                                                 DEFENDANTS

## ORDER OF RECUSAL

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28

U.S.C. § 455 (2000).  It has come to the Court's attention that the undersigned's former law firm

represents Defendants Wyeth, Inc. and Wyeth Pharmaceuticals, Inc.  Therefore, it is appropriate

under the standards set forth in 28 U.S.C. § 455 that the undersigned recuse himself from this

case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further

proceedings in this case.

**SO ORDERED** this the 26th day of March, 2010.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE